UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA J.,<br><br>                     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No.: 19-CV-2288 TWR (AGS)<br><br>**ORDER (1) ADOPTING REPORT & RECOMMENDATION,**<br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,**<br>**(3) REVERSING THE DECISION OF THE COMMISSIONER, AND**<br>**(4) REMANDING ACTION TO THE COMMISSIONER FOR FURTHER ADMINISTRATIVE ACTION**<br><br>(ECF Nos. 27, 32) |

      Presently before the Court is Plaintiff Tara J.'s Motion for Summary Judgment ("Mot.," ECF No. 27). Magistrate Judge Andrew G. Schopler has issued a Report and Recommendation on Plaintiff's Summary-Judgment Motion (ECF No. 27) ("R&R," ECF No. 32), recommending that the Court grant Plaintiff's Motion and remand this action for further administrative proceedings. Having carefully reviewed the Parties' arguments, Magistrate Judge Schopler's R&R, the underlying administrative record, and the law, the Court **ADOPTS** Magistrate Judge Schopler's R&R in its entirety, **GRANTS** Plaintiff's

Motion, **REVERSES** the decision of the Commissioner of Social Security, and **REMANDS** this matter for further administrative action.

## BACKGROUND

Magistrate Judge Schopler's R&R contains a thorough and accurate recitation of the factual and procedural history underlying the instant Motion. (*See* R&R at 1.) This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Schopler's R&R. (*See* R&R at 5 (ordering that any objections be filed no later than September 8, 2021).) Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. Further, the Court agrees that remanding this action for further administrative proceedings is appropriate because additional proceedings could remedy the defects in the Administrative Law Judge's decision and enhance the administrative record. (*See id.* at 4–5.) The Court therefore **ADOPTS** Magistrate Judge Schopler's R&R in its entirety.

|   |   |
|---|---|
| 1 | **CONCLUSION** |
| 2 | In light of the foregoing, the Court **ADOPTS** Magistrate Judge Schopler's R&R |
| 3 | (ECF No. 32), **GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 27), |
| 4 | **REVERSES** the decision of the Commissioner, and **REMANDS** this matter for further |
| 5 | administrative action. |
| 6 | **IT IS SO ORDERED.** |
| 8 | Dated: September 15, 2021 |

_____
Honorable Todd W. Robinson
United States District Court